| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Kravitz, Mark R | 2. Court or Organization District Court-Connecticut | 3. Date of Report 04/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge--Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 141 Church Street NewHaven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 (trust for ▮▮▮▮▮▮▮▮) |
| 2. Trustee | Trust # 2 (trust fo▮▮▮▮▮▮▮) |
| 3. Custodian | Child # 1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Wiggin & Dana. Payment for partnership interest and partnership real property. Amount $313,465, payable in installments of varying amounts through 2006. |
| 2. | |
| 3. | |

RECEIVED 2001 APR 23 A 9:54 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. MARCH 2006 | University of Melbourne Graduate School of Law, Melbourne, Australia. Teaching stipend for services as a Visiting Fellow, approved by CA2 Chief Judge. | $ 11,060.15 |
| 2. 2006 | Wiggin & Dana, post-June 2003 payments for partnership interest and partnership real property. | $ 27,409 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/11/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NASDAQ 100 Trust (QQQ) | A | Dividend | J | T | | | | | |
| 2. Third Avenue Value Fund | D | Dividend | N | T | bought | 06/19 | K | | |
| 3. Third Avenue Real Estate Value | D | Dividend | M | T | bought | 06/19 | K | | |
| 4. Fidelity Contrafund | C | Dividend | L | T | bought | 01/17 | K | | |
| 5. Fidelity AMT Tax-Free Money Market Fund | C | Distribution | O | T | bought | 08/30 | N | | |
| 6. Fidelity Cash Reserves | E | Distribution | N | T | | | | | |
| 7. Fidelity Cash Management Account | D | Dividend | K | T | | | | | |
| 8. Conn. Bond Due 06/15/10 | B | Interest | K | T | | | | | |
| 9. Guilford Savings Bank | A | Interest | J | T | | | | | |
| 10. Conn. St. Gen. Revolving Rev Bonds | G | Interest | | | redeemed | 03/16 | P1 | A | |
| 11. Pacific Ethanol Inc. | A | Dividend | J | T | bought | 06/13 | J | | |
| 12. Fidelity Int'l Discovery Fund | B | Dividend | L | T | bought | 07/06 | K | | |
| 13. Fidelity Spartan Mkt Index Investor Class | B | Distribution | L | T | bought | 07/06 | K | | |
| 14. Fidelity Spartan 500 Index Advantage Class | B | Distribution | M | T | bought | 07/06 | L | | |
| 15. Fidelity CT Municipal Money Mkt Fund | E | Distribution | P1 | T | bought | 03/16 | P1 | | |
| 16. Awbury Partners (see note I) | G | Distribution | P2 | T | | | | | |
| 17. IRA # 1 (Roll-Over IRA created 7/1/03) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Fidelity Cash Reserves | C | Interest | L | T | | | | | |
| 19. --Fidelity Diversified Int'l Fund | B | Dividend | M | T | bought | 06/18 | K | | |
| 20. --Spartan 500 Index | B | Dividend | M | T | | | | | |
| 21. --Fidelity Contrafund | A | Dividend | L | T | | | | | |
| 22. --Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 23. --Fidelity Value Fund | A | Dividend | K | T | | | | | |
| 24. --American Capital Strategies | A | Dividend | M | T | | | | | |
| 25. --Third Avenue Value Fund | A | Dividend | M | T | | | | | |
| 26. --Alpine Dynamic Dividend Fund | A | Dividend | M | T | | | | | |
| 27. IRA # 2 | | | | | | | | | |
| 28. --Janus Orion Fund (see note 2) | A | Distribution | K | T | | | | | |
| 29. Custodian Account # 1 | | | | | | | | | |
| 30. --Fidelity Cash Management Account | A | Interest | J | T | | | | | |
| 31. --Spartan 500 Index | A | Dividend | J | T | | | | | |
| 32. --Third Avenue Value Fund | D | Distribution | L | T | | | | | |
| 33. --American Capital Strategies | A | Dividend | J | T | | | | | |
| 34. --Fidelity Contrafund Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Conn St. General Revolving Rev Bonds | C | Interest | | | redeemed | 03/16 | M | A | |
| 36. --Fidelity Cash Reserves | A | Distribution | J | T | bought | 03/16 | J | | |
| 37. --Awbury Partners (see note1) | D | Distribution | N | T | | | | | |
| 38. Trust # 1 (see note 3) | | | | | | | | | |
| 39. --Fidelity Cash Management Account | C | Dividend | | | distributed | 02/15 | K | | |
| 40. --Conn St General Revolving Rev Bons | C | Interest | | | redeemed | 03/16 | M | A | |
| 41. Trust # 2 (see note 3) | | | | | | | | | |
| 42. --Fidelity Cash Management Account | A | Dividend | | | distriuted | 202/1 | K | | |
| 43. --Conn. St General Revolving Rev Bonds | C | Dividend | | | redeemed | 03/16 | M | A | |
| 44. Trust # 3 | | | | | | | | | |
| 45. --Awbury Partners (see note 1) | E | Distribution | P1 | T | | | | | |
| 46. --Conn St General Revolving Rev Bonds | B | Interest | | | redeemed | 03/16 | K | A | |
| 47. --General Electric Corp. | A | Dividend | K | T | | | | | |
| 48. --Sprint Nextel Corp | A | Dividend | J | T | | | | | |
| 49. --Bank of America (see note 4) | A | Dividend | J | T | | | | | |
| 50. --Embarq Corp. (see note 5) | A | Dividend | J | T | distribution | 05/18 | J | | |
| 51. --Oracle Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/11/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 53. --Fidelity Cash Management Account | C | Interest | M | T | | | | | |
| 54. --Fidelity New Markets Income Fund | A | Distribution | J | T | | | | | |
| 55. --Fidelity Small Cap Stock Fund | B | Distribution | K | T | | | | | |
| 56. --Fidelity Mid Cap Stock Fund | A | Distribution | K | T | | | | | |
| 57. --Fidelity Short Term Bond Fund | A | Distribution | J | T | | | | | |
| 58. --Fidelity Fifty Fund | B | Distribution | K | T | | | | | |
| 59. --Alpine US Real Estate Equity Fund | A | Distribution | J | T | | | | | |
| 60. --Marsico Growth Fund | A | Distribution | J | T | | | | | |
| 61. --Sound Shore Fund | A | Distribution | J | T | | | | | |
| 62. --Third Avenue Value Fund | A | Distribution | K | T | bought | 02/06 | J | | |
| 63. --Vanguard Inter-Term Bond Index Fund | A | Distribution | J | T | | | | | |
| 64. Trust # 4 | | | | | | | | | |
| 65. --Awbury Partners (see note 1) | D | Distribution | O | T | | | | | |
| 66. --Conn. St General Revolving Rev Bonds | B | Interest | | | redeemed | 03/16 | M | A | |
| 67. --Fidelity Cash Management Account | C | Interest | M | T | | | | | |
| 68. --Third Avenue Value Fund | C | Distribution | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --American CenturyUltra Fund | A | Distribution | J | T | gift | 01/01 | J | | gift from grandmother |
| 70. Trust # 5 | | | | | | | | | |
| 71. --Awbury Partners (see notes) | E | Distribution | P1 | T | | | | | |
| 72. --Conn. St General Revolving Rev Bonds | B | Interest | | | redeemed | 03/16 | M | A | |
| 73. --Oracle Common Stock | A | Dividend | K | T | | | | | |
| 74. --Spartan 500 Index | A | Distribution | J | T | | | | | |
| 75. --Fidelity Cash Reserves | C | Dividend | L | T | | | K | | |
| 76. --Third Avenue Value Fund | D | Distribution | M | T | bought | 01/17 | J | | |
| 77. --Fidelity Contrafund | C | Distribution | L | T | bought | 01/14 | K | | |
| 78. --Fidelity Cash Management Account | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1: Awbury Partners, L.P. is a large diversified investment partnership that is managed by one overall fund manager and five investment advisors. Awbury Partners is, in effect, a privately held mutual fund. Neither the reporting person, ████████████ or any trust in which he is a trustee controls or determines either (1) who the fund manager or investment advisors are or (2) what investments Awbury Partners purchases or sells or when it does so. Thus, neither the reporting person ████████████ or trusts in which he is a trustee has any control regarding the investments of Awbury Partners. The value of Awbury Partners' investments is determined quarterly on the basis of the value of the partnerships underlying investments.

NOTE 2: Janus Olympus Fund, which was held by IRA # 2, merged into Janus Orion Fund as of 10/31/06, which is why the investments for 2006 are listed as Janus Orion.

NOTE 3: Trusts ##1 and 2, which were shown on previous reports, were terminated effective as of 02/15/06 and all of the assets (which were cash) then held by the trusts were distributed in their entirety to the beneficiaries of the trusts, so that as of December 31, 2006, neither of these trusts existed. They are shown on this report because they did exist during a portion of 2006 and they had been shown in prior reports. They will not be shown beginning with the 2007 report.

NOTE 4: The Bank of America stock is derived from the merger of MBNA and Bank of America. In 2005, this trust sold all of the MBNA/Bank of America shares with the exception of 1.3 shares valued at $72.55.

NOTE 5: The shares of Embarq Corp. were distributed as a spinoff from the sale of Sprint in lieu of fractional shares.

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/11/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___April 11, 2007___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544